Commonwealth *v.* Jordan, Appellant.

Argued April 11, 1974. *Stephen H. Hutzelman,* with him *Plate, Doyle, Kroto and Hutzelman,* for appellant; *Robert H. Chase,* Assistant District Attorney, with him *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.